# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

June 10, 2021

**By ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

       *Re: United States v. Marcella Dezarraga Ortiz*
          **21 Cr. 190 (JPO)**

Dear Judge Oetken:

  I represent Marcella Dezarraga Ortiz in the above-referenced matter. Ms. Dezarraga Ortiz is currently scheduled for a pretrial conference on June 18, 2021. The parties respectfully request that the Court adjourn the conference for approximately 60 days. The government consents to this request. The adjournment would allow the parties to continue to engage in discussions in an attempt to reach a pretrial disposition. Accordingly, it is respectfully requested that the pretrial conference be adjourned to a date in the month of August convenient to the Court. The defense consents to the exclusion of time under the Speedy Trial Act until the new date. The Court's time and attention to this matter are greatly appreciated.

          Respectfully submitted,

          Michael D. Bradley
          Counsel for Ms. Dezarraga Ortiz

cc: AUSA Rebecca Dell (*via ECF*)

---

Granted. The June 18, 2021 pretrial conference is adjourned to August 18, 2021 at 2:30 pm. The Court hereby excludes time through August 18, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
 So ordered:  June 10, 2021

_____
J. PAUL OETKEN
United States District Judge