# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

January 24, 2022

**By ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

          Re:   *United States v. Marcella Dezarraga Ortiz*
                  21 Cr. 190 (JPO)

Dear Judge Oetken:

      I represent Marcella Dezarraga Ortiz in the above-referenced matter. I write to respectfully request that her bail be modified from home detention to curfew, with the hours to be set at the discretion of Pretrial Services. Neither the government nor Pretrial Services object to this request. Over the past several months on home detention in the Northern District of New York, Ms. Dezarraga Ortiz has not only been in compliance with her conditions of supervision, but she has also taken the initiative to obtain her driver's license and to enroll in classes to attain her high school equivalency diploma. Notably, these efforts have resulted in recent employment with Amazon, her highest paying job offer to date, which includes medical benefits and presents opportunities for advancement to salaried positions. Accordingly, it is respectfully requested that the Court modify her bail from home detention to curfew, with the hours to be set at the discretion of Pretrial Services.

      The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

Michael D. Bradley
Counsel for Ms. Dezarraga Ortiz

> Granted.
> Defendant's bail condition of home detention is hereby replaced with curfew, the hours of which shall be set at the discretion of Pretrial Services.
> So ordered.
> 1/25/2022

_____
J. PAUL OETKEN
United States District Judge