

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 18, 2022

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

     Re:    *United States v. Marcella Dezarraga Ortiz*, 21 Cr. 190 (JPO)

Dear Judge Oetken:

     A status conference in the above-captioned case is currently scheduled for February 25, 2022. The parties jointly request that the conference be adjourned approximately 60 days so that the parties can continue to discuss a possible pretrial resolution.

     The Government respectfully requests that time be excluded under the Speedy Trial Act between February 25, 2022 through the next scheduled conference so that the parties can continue to discuss a possible pretrial resolution. *See* 18 U.S.C. § 3161(h)(7). The Government has consulted with defense counsel, who does not object to the exclusion of time.

> Granted.  The February 25, 2022 pretrial conference is adjourned to April 27, 2022 at 5:15 pm.  The Court hereby excludes time through April 27, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
>   So ordered:
>     2/18/2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

Rebecca T. Dell
Assistant United States Attorney
(212) 637-2198

J. PAUL OETKEN
United States District Judge