# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

April 20, 2022

**By ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                                            *Re:*   *United States v. Marcella Dezarraga Ortiz*
                                                         21 Cr. 190 (JPO)

Dear Judge Oetken:

      I represent Marcella Dezarraga Ortiz in the above-referenced matter. Ms. Dezarraga Ortiz is currently scheduled for a pretrial conference on April 27, 2022. The parties respectfully request that the Court adjourn the conference for approximately 60 days. The government consents to this request. The adjournment would allow the parties to continue to engage in discussions in an attempt to reach a pretrial disposition. Accordingly, it is respectfully requested that the pretrial conference be adjourned to a date in approximately 60 days convenient to the Court.

      The defense consents to the exclusion of time under the Speedy Trial Act until the new date. The Court's time and attention to this matter are greatly appreciated.

> Granted. The April 27, 2022 pretrial conference is adjourned to June 28, 2022 at 4:30 pm. The Court hereby excludes time through June 28, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered: April 21, 2022

Respectfully submitted,

*/s/ Michael D. Bradley*

Michael D. Bradley, Esq.
Counsel for Ms. Dezarraga Ortiz

_____
J. PAUL OETKEN
United States District Judge