# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

August 22, 2022

**By ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

       Re: *United States v. Marcella Dezarraga Ortiz*
          **21 Cr. 190 (JPO)**

Dear Judge Oetken:

  I represent Marcella Dezarraga Ortiz, who is currently scheduled for a pretrial conference in the above-referenced matter on August 30, 2022. The defense respectfully requests that the Court adjourn the conference for approximately 60 days. The government consents to this request. The adjournment would allow the defense to complete our mitigation submission to the government who will also need time to review. Accordingly, it is respectfully requested that the pretrial conference be adjourned to a date in approximately 60 days convenient to the Court.

  The defense consents to the exclusion of time under the Speedy Trial Act until the new date. The Court's time and attention to this matter are greatly appreciated.

> Granted. The conference scheduled for August 30, 2022, as to Defendant Marcella Dezarraga Ortiz is adjourned to October 28, 2022, at 12:00 pm. The Court hereby excludes time under the Speedy Trial Act through October 28, 2022, finding that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.
> So ordered: 8/23/2022

Respectfully submitted,

Michael D. Bradley, Esq.
Counsel for Ms. Dezarraga Ortiz

_____
J. PAUL OETKEN
United States District Judge