# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

February 9, 2023

**By ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: *United States v. Marcella Dezarraga Ortiz*
        **21 Cr. 190 (JPO)**

Dear Judge Oetken:

  I represent Marcella Dezarraga Ortiz in the above-referenced matter. She resides in the Northern District of New York and is currently on pretrial release with conditions, including curfew with an ankle monitor. I write to respectfully request that Ms. Ortiz's bail conditions be modified to permit overnight stays where no minor child resides, during supervised child visitation, with prior permission of Pretrial Services. Both the government and Pretrial Services consent to this modification.

  Montgomery County Department of Social Services has allowed Ms. Ortiz once weekly visitation of her two-month-old baby, supervised by the child's paternal grandmother, with whom the child currently resides in the Bronx. Ms. Ortiz lives in Amsterdam, NY, almost 200 miles away, and does not own a car. Given the expense and approximate 4 ½ hour commute, staying overnight in New York City would allow a more meaningful opportunity for Ms. Ortiz to spend time with her child during this crucial period of growth and development. Accordingly, it is respectfully requested that the Court modify her bail conditions to permit overnight stays where no minor child resides, during supervised child visitation, with prior permission of Pretrial Services.

  The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

Michael D. Bradley
Counsel for Ms. Dezarraga Ortiz

---

Granted.
With prior permission from Pretrial Services, defendant is hereby granted permission to stay overnight in New York City during supervised child visits, at a residence without minor children.
So ordered: 2/9/2023

_____
J. PAUL OETKEN
United States District Judge