# BRADLEY LAW FIRM
### A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

April 18, 2023

**By ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    *United States v. Marcella Dezarraga Ortiz*
                21 Cr. 190 (JPO)

Dear Judge Oetken:

      I represent Marcella Dezarraga Ortiz in the above-referenced matter. Because Ms. Dezarraga Ortiz has entered into a plea agreement with the government, I write to respectfully request an adjournment of tomorrow's pretrial conference. The parties are currently scheduling a change of plea hearing for next month and the government has no objection to this request. Accordingly, I respectfully request an adjournment of the April 19 pretrial conference until the date of the change of plea hearing. The defense consents to the exclusion of time under the Speedy Trial Act until the new date.

      The Court's time and attention to this matter are greatly appreciated.

Granted.
So ordered.
 4/18/2023

Respectfully submitted,

Michael D. Bradley, Esq.
Counsel for Ms. Dezarraga Ortiz

_____
J. PAUL OETKEN
United States District Judge