# BRADLEY LAW FIRM
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

September 29, 2023

**By ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                Re:   *United States v. Marcella Dezarraga Ortiz*
                      21 Cr. 190 (JPO)

Dear Judge Oetken:

     I represent Marcella Dezarraga Ortiz in the above-referenced matter. She is currently scheduled to be sentenced on October 18, 2023. I write to respectfully request a short extension to file our sentencing submission, from October 4 to October 6, 2023. We hope that an extension would provide sufficient time to obtain additional documentation for the Court's consideration at sentencing. We do not seek an adjournment of the sentencing date, and the government consents to this request. Accordingly, it is respectfully requested that the date for defense submissions be extended to October 6th. We greatly appreciate the Court's time and consideration of this matter.

                                         Respectfully submitted,

                                         Michael D. Bradley, Esq.
                                         Counsel for Ms. Dezarraga Ortiz

cc:    AUSA Rebecca Dell (*via ECF*)

> Granted.
> So ordered.
> 10/2/2023

_____
J. PAUL OETKEN
United States District Judge