UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-                                             21-CR-190-5 (JPO)

MARCELLA DEZARRAGA ORTIZ,                        ORDER
                          Defendant.

J. PAUL OETKEN, District Judge:

As ordered at the conference held on February 6, 2026, the conditions of supervised release for Marcella Dezarraga Ortiz are modified to remove the condition of home detention and to include the condition of location monitoring technology at the discretion of the probation office for a total of 180 days, starting as of December 17, 2025.

**SO ORDERED.**

Dated: February 11, 2026
       New York, New York

_____
J. PAUL OETKEN
United States District Judge